WO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Philip Coble, | No. CV-09-8021-PCT-LOA |
| Plaintiff, | **ORDER** |
| vs. | |
| Gary H. Butler, et al., | |
| Defendants. | |

Plaintiff has filed a Motion to Join Additional Parties, docket # 38, seeking to join Michael Ray Fuquas' "case to this one due to similarity in the nature of both cases." (docket # 38) It is unclear whether Plaintiff seeks to join Michael Ray Fuquas as a Plaintiff in this matter, or whether he seeks to consolidate this matter with a separate action brought by Michael Ray Fuquas. Upon review of CM/ECF, however, the Court did not find any cases brought by this individual. Thus, it appears that Plaintiff simply seeks to join Michael Ray Fuquas as a party.

Federal Rule of Civil Procedure 19 governs joinder of parties and sets forth the circumstances under which a party must be joined. Fed.R.Civ.P. 19(a). Plaintiff's motion consists of a single sentence requesting joinder "due to similarity in the nature of both cases." (docket # 38) Similarity between cases is not a sufficient basis for joinder under Rule 19(a). Plaintiff does not provide any other arguments in support of joinder, and has not satisfied the requirements of Rule 19(a).

Accordingly,

1 **IT IS HEREBY ORDERED** that Plaintiff's Motion to Join Additional Parties (docket # 38) is **DENIED**.

DATED this 7th day of October, 2009.

_Lawrence O. Anderson_
Lawrence O. Anderson
United States Magistrate Judge